IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DAVEY BARGE, JR.,        *

       Petitioner,        *

v.        Case No. 7:18-CR-65(HL)

       *

UNITED STATES OF AMERICA,

       *

       Respondent.

       *

## **J U D G M E N T**

Pursuant to this Court's Order dated August 10, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 10th day of August, 2022.

David W. Bunt, Clerk

s/S.B. DeCesare, Deputy Clerk